IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY C. SMITH,** | Case No. C 11-0814 WHA (PR) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **GARY SWARTHOUT, Warden,** | |
| Respondent. | |

Good Cause Appearing, it is ordered that the time to be respond to the Order to Show Cause be enlarged to and including July 22, 2011.

Dated: _July 13, 201_____      _____
The Honorable William Alsup
United States Judge