IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY C SMITH,

    Petitioner,

v.

GARY SWARTHOUT, Warden,

    Respondent.

No. C 11-00814 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE