1

2

3

4

5

6

7

8

9

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

GREGORY C SMITH,

               Petitioner,

   v.

GARY SWARTHOUT, Warden,

               Respondent.

_____/

No. C 11-00814 WHA

**ORDER DENYING REQUEST FOR
CERTIFICATE OF APPEALABILITY**

16

17

18

19

20

21

      On January 3, 2013, petitioner's habeas petition and a certificate of appealability were
denied. (*Order Denying Petition For Writ Of Habeas Corpus*, Docket No. 16). Petitioner was
informed that he could seek a certificate of appealability from the Court of Appeals. *Id.*
On February 7, 2013, the Court of Appeals received petitioner's request for a certificate of
appealability and forwarded it to the District Court. Consistent with the prior Order in this
matter, petitioner's request for a certificate of appealability is **DENIED**.

22

23

24

     **IT IS SO ORDERED.**

25

26

Dated: March 5, 2013.

                       _____
                       WILLIAM ALSUP
                       UNITED STATES DISTRICT JUDGE

27

28